RECEIVED BY MAIL
AUG 17 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

To The Honorable Stephen N. Limbaugh Jr.

I'm asking for your assitance in reguarding to this pandemic of convid 19 at the USP Marion due to the deaths and the spreading at this facility I'm asking for a compassionate release and on home confinement due to the fact of me medical issues of high blood pressure and seziure disorder I'm a high risk factor with these terminal illness with a end of life trajectory I know when you sentence me it was not to death with me remaining lock up where theres no social distancing this is a death sentence a time bomb waiting to go off I'v been put in a three man cell and convid 19 is all around me if you can help me in this matter it would greatly be appreciated I have address a letter to my lawyer Stephen Wilson also in this matter

Thank you

Michael McMin

RECEIVED BY MAIL
AUG 17 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

DATE REVIEWED: 10-24-19

INSTITUTION: USP. Atlanta     UNIT: A

INMATE NAME: McNair     REG NO: 46485-044.

FIRST STEP ACT (Circle One):     ELIGIBLE  /  **INELIGIBLE**

RECIDIVISM RISK LEVEL (Circle One):     MINIMUM  **LOW**  MEDIUM  HIGH

RECEIVED BY MAIL
AUG 17 2020
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

July / 30 /2020
(Month) (Day)

**Submitted to Prison Staff on:**
___/___/___

Dear Warden: O Sproul
(Warden's Last Name)

My name is Michael McNair and my Register No. is 46485-044. I am writing to respectfully request that I be considered for an early release from prison under the Compassionate Release Program, under 18 U.S.C. § 3582(c)(1), and that you treat this as a formal request for a reduction in sentence (RIS).

I believe I am a good candidate for Compassionate Release for the following reasons. I have been incarcerated since 05-15-2018. I am currently 59 years old.

Since I have been incarcerated, I have received the following medical treatment: Seizure disorder and high blood pressure due to brain injury.

My current physical and mental health problems include: I have short term memory lost and my right side is weak due to a brain injury I have two plates in my head.

I take the following medications: Proppanolol, Famotidine, Oxcarbozepine, Divalproex, Phentoin, Khlorpheniramine malante, Naproxen

I believe I am (or a family member who needs my care is) at high risk of complications from COVID-19 because my seizure disorder and high blood pressure and my age and my brain injury.

Other information that makes me a good candidate for compassionate release includes: Do to the fact of my age and medical history with my brain injury and seizure disorder high blood pressure.

When I am released from prison, I plan to live with My Fiance at 704 Brenda Lane Dexter MO 63841

Based on the information above, given my personal circumstances and the COVID-19 pandemic, I request early release under the Compassionate Release Program.

Thank you for your time and consideration.

Michael McNair, Register Number: 46485-044
(Full name)

Danielle Septer C/O Michael Mcnair
404 Brenda Lane. Apt.11
Dexter, MO. 63841

SAINT LOUIS MO 630
19 AUG 2020 PM 9 L



C/O Judge Rush Limbaugh/Clerk
555 Independence St.
Cape Girardeau, MO. 63703

RECEIVED
BY MAIL
AUG 17 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

63703-623555